UNITED STATES, Appellee

v

WALLACE ORR, Private First Class, U. S. Marine Corps, Appellant

18 USCMA 19, 39 CMR 19

No. 21,233

November 15, 1968

*Lieutenant David E. Miller,* JAGC, USNR, was on the pleadings for Appellant, Accused.

*Colonel C. R. Larouche,* USMC, was on the pleadings for Appellee, United States.

### Opinion of the Court

PER CURIAM:

The decision of the board of review as to the Additional Charge and its specification is reversed. United States v Tassos, 18 USCMA 12, 39 CMR 12, this day decided. The findings of guilty as to the Additional Charge and its specification are set aside and the Charge is ordered dismissed. The record of trial is returned to the Judge Advocate General of the Navy for submission to the board of review for reconsideration of the sentence on the basis of the remaining findings of guilty.